FILED
June 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ NM _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANDY E. TRINIDAD, | § |
| Plaintiff, | § |
| v. | §  CIVIL NO. 5:23-CV-01212-OLG |
| LOANCARE, LLC, | § |
| Defendant. | § |

# ORDER

Before the Court is United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R) concerning Defendant LoanCare, LLC's Motion to Dismiss (Dkt. No. 5) and Plaintiff Andy E. Trinidad's Motion to Amend Complaint (Dkt. No. 12). R&R, Dkt. No. 14, filed May 31, 2024. Plaintiff Andy E. Trinidad was sent a copy of the R&R through certified mail on May 31, 2024, and Defendant LoanCare, LLC was electronically served a copy of the R&R on May 31, 2024. Dkt. Nos. 14, 15. The time to object has passed. Dkt. No. 14. Because no party has objected to the R&R, the Court has reviewed the recommendation to determine whether it is clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). It is not. Accordingly, the Court concludes that Magistrate Judge Bemporad's Report and Recommendation (Dkt. No. 20) should be and hereby is **ADOPTED**.

It is therefore **ORDERED** that, for the reasons stated in the R&R, this matter is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction pursuant to Rules 8(a)(1) and 12(h)(3).

It is **FURTHER ORDERED** that Defendant LoanCare, LLC's Motion to Dismiss (Dkt. No. 5) and Plaintiff's Motion to Amend Complaint (Dkt. No. 12) are hereby **DENIED AS MOOT**.

This case may be **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 18th day of June, 2024.

ORLANDO L. GARCIA
United States District Judge